UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CLAYTON R. POEHL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:06CV1737 CDP |
| OAK STREET MORTGAGE LLC, | ) |
| Defendant. | ) |

## ORDER

Upon review of the Court file, the Court notes that although plaintiff only recently filed his return of proof of service upon defendant **Oak Street Mortgage LLC**, the defendant was actually served February 27, 2007, and its answer was due on March 19, 2007. The defendant has filed no responsive pleading. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of April, 2007.